UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Miscellaneous Business Docket
04mc10226

IN RE: Matthew Cobb

### ORDER APPOINTING THREE JUDGE PANEL

PER CURIAM

Pursuant to Local Rule 83.6 (5)(D), I hereby designate District Judges Mark L. Wolf, Patti B. Saris and Nancy Gertner as the three-judge panel to hear and determine the above captioned case,.

_October 26, 2004_
Date

_William G. Young_
William G. Young
Chief Judge