**Law Office of Matthew Cobb**
101 Tremont Street
Boston, Massachusetts 02108

Telephone
(617) 357-7300

Facsimile
(617) 451-1991

August 12, 2004

**CERTIFIED MAIL.**

Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: Matthew Cobb

Dear Sir/Madan:

I am a member of the bar of this court. Pursuant to L.R. 83.6(2)(A) I am hereby notifying you of my disbarment by the Massachusetts Supreme Judicial Court effective September 1, 2004.

Sincerely,

Matthew Cobb