# OFFICE OF THE BAR COUNSEL
BOARD OF BAR OVERSEERS OF THE SUPREME JUDICIAL COURT

99 High Street
Boston, Massachusetts 02110
(617) 728-8750
Fax: (617) 482-2992
www.mass.gov/obcbbo

DANIEL C. CRANE
BAR COUNSEL

January 13, 2005

**BY MESSENGER**

Ms. Deborah J. Keefe
United States District Court
1 Courthouse Way
Boston, MA 02108

RE: In the Matter of Matthew Cobb

Dear Ms. Keefe:

Per our conversation yesterday, enclosed please find a copy of the Information in the *Matter of* Cobb, BD-2004-023. The Information contstitutes the record of the underlying proceedings.

This matter has been appealed by the respondent to the full bench. The S.J.C. docket number is S.J.C. No. 09333. The matter has been briefed, but the court has not set a date for arguments.

I also left a message for the clerk, George Slyva, to forward a certified copy of the Judgment of Disbarment and the Memorandum and Order of the court.

Please call me if you have any questions at 617-728-8753.

Very truly yours,

Jane R. Rabe